CHARLES L. CHATTERTON, *Receiver, etc., Respondent,* v. MARY E. PINE, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs.   Opinion by GILBERT, J.

SILAS C. LEWIS, *Plaintiff,* v. HAYDEN W. WHEELER and others, *Defendants.* — Exceptions overruled and verdict for defendant by order of court, and judgment thereon affirmed, with costs. Opinion by BARNARD, P. J.

OLIVER W. MARVIN, *Appellant,* v. AUGUSTUS PRENTICE, *Respondent.* — Order setting aside verdict for plaintiff and directing judgment for defendant and judgment thereon affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN RILEY v. JAMES JOURDAN, *as Commissioner of Police and Excise of the city of Brooklyn, Respondent.* — Order removing relator as captain of police affirmed, with costs.   Opinion by GILBERT, J.; BARNARD, P. J., dissenting.

WILLIAM D. NICHOLS and others, *Respondents,* v. FREDERICA M. KINNEY and others, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

EDWARD J. WOOLSEY, *Appellant,* v. JOHN R. MORRIS and others, *Respondents.* — Judgment and order denying resettlement of case affirmed, with costs of appeal and disbursements.   Opinion by GILBERT, J.

LOUIS THALER, *Respondent,* v. THE LONG BEACH IMPROVEMENT COMPANY, *Appellant.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event.   Opinion by DYKMAN, J.

IRA B. TUTHILL, *Appellant,* v. EDMUND R. MORRIS, *Respondent.* — Judgment affirmed, with costs.   Opinion by BARNARD, P. J.

WILLIAM H. P. REED, *Respondent,* v. SWANE ANTROP and ESTHER PERRY, *Appellants.* — Judgment affirmed, with costs.   Opinion by BARNARD, P. J.

MARGARET FLANNAGAN, *Respondent,* v. JOSEPH McKIM, *Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event.   Opinion by BARNARD, P. J.

HERMAN HAASE, *Respondent,* v. ROSANNAH W. EAMES, *Appellant, Impleaded, etc.* — Motion to dismiss appeal withdrawn.

PHEBE A. GRIFFITH, *Appellant,* v. JULIA E. MAYLAND, *Respondent.* — Judgment affirmed, with costs.   Opinion by DYKMAN, J.; GILBERT, J., concurs in result.

THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF SING SING, *Respondents,* v. JAMES L. WHEELER and others, *Appellants.* — Order affirmed, with costs.   Opinion by DYKMAN, J.

JAMES K. O. SHERWOOD, *Respondent,* v. SAMUEL T. HAUSER, *Appellant.* — Judgment reversed and new trial granted, costs to abide event ; order of reference vacated.   Opinion by BARNARD, P. J.